UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PETITION OF ELISEO JIMENEZ RELEASE OF SEIZED 2007 CHEVROLET AVALANCHE TRUCK, VIN NUMBER 3GNEC12J17G138443 <br><br> ELISEO JIMENEZ, <br><br> Petitioner. | Civil No. 07CV2375 JAH(AJB) <br><br> **ORDER REQUIRING RESPONSIVE PLEADINGS** |

On December 19, 2007, petitioner Eliseo Jimenez filed a petition for release of a seized vehicle pursuant to 18 U.S.C. § 983(f)(3)(A). Having read and considered the papers submitted, the Court deems it appropriate to set the following briefing schedule for responsive pleadings:

1. Respondent shall file and serve a responsive pleading to the petition **no later than January 18, 2008.** The pleading shall include any documents relevant to the determination of the issues raised in the petition.

2. Any reply by petitioner shall be filed **no later than February 1, 2008.** Upon the filing of the foregoing, the parties shall await further order of the Court.

**IT IS SO ORDERED.**

Dated:     December 21, 2007

_____
JOHN A. HOUSTON
United States District Judge

07cv2375