1  KAREN P. HEWITT
   United States Attorney
2  DAVID M. McNEES
   Special Assistant U.S. Attorney
3  California State Bar No. 216612
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5979/(619)
   Email: David.McNees@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                   UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10  IN RE PETITION OF ELISEO JIMENEZ    )    Civil Case No. 07cv2375-JAH(AJB)
    FOR RELEASE OF SEIZED               )
11  2007 CHEVROLET AVALANCHE            )
    TRUCK, VIN 3GNEC12J17G138443        )    NOTICE OF APPEARANCE
12  _____ )
                                        )
13  UNITED STATES OF AMERICA,           )
                                        )
14              Respondent.             )
    _____ )

15

16      TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18      I certify that I am admitted to practice in this court or authorized to practice under Civil

19  Local Rules 83.3.c.3-4.

20      The following government attorney (who is admitted to practice in this court or authorized to

21  practice under Civil Local Rules 83.3.c.3-4) is also associated with this case, should be listed as lead

22  counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

23  activity in this case:

24      Name

25      N/A

26      Effective this date, the following attorneys are no longer associated with this case and should

27  not receive any further Notices of Electronic Filings relating to activity in this case:

28  //

1     <u>Name</u>

2     N/A

3     Please call me if you have any questions about this notice.

4     DATED:  January 18, 2008

5

6                                     Respectfully submitted,

                                    KAREN P. HEWITT

7                                     United States Attorney

8                                     <u>s/David M. McNees</u>

                                    DAVID M. McNEES

9                                     Special Assistant U.S. Attorney

                                    Attorneys for Plaintiff

10                                   United States of America

                                    Email: David.McNees@usdoj.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                 07cv2375

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PETITION OF ELISEO JIMENEZ   ) | Civil Case No. 07cv2375-JAH(AJB) |
| FOR RELEASE OF SEIZED                      ) | |
| 2007 CHEVROLET AVALANCHE         ) | |
| TRUCK, VIN 3GNEC12J17G138443      ) | CERTIFICATE OF SERVICE |
| _____  ) | |
|                                                                ) | |
| UNITED STATES OF AMERICA,              ) | |
|                                                                ) | |
|                         Respondent.                  ) | |
| _____  ) | |

IT IS HEREBY CERTIFIED that:

I, David M McNees, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.      Richard M. Barnett

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  January 18, 2008

s/ David M. McNees
DAVID M. MCNEES
Email: David.McNees@usdoj.gov