# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Eliseo Jimenez

      V.      **JUDGMENT IN A CIVIL CASE**

United States of Amerca

      **CASE NUMBER:** 07CV2375-JAH(AJB)

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition for release of seized vehicle is granted.

| January 29, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/J. Petersen |
| | (By) Deputy Clerk |
| | ENTERED ON January 29, 2008 |

07CV2375-JAH(AB)